PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Oct 18, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He,

Defendant.

CASE NO. **1:23-mj-00123-SKO**

GOVERNMENT'S MOTION TO SEAL CASE; [PROPOSED] ORDER

**Filed Under Seal**

The government moves the Court to order that the criminal complaint, arrest warrant, and all other documents filed in this case be sealed until further order of the Court. The defendant is currently out of custody. Accordingly, there is good cause to seal these documents because premature disclosure may give the defendant the opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.

Dated: October 17, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney