```
1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   ARELIS M. CLEMENTE
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099
6
   Attorneys for Plaintiff
7  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He,<br><br>　　　　　　Defendant. | CASE NO. 1:23-MJ-00123-SKO<br><br>MOTION AND ORDER TO UNSEAL CASE |

　　　　The government moves the Court to unseal the Complaint and all other filings in this case. On October 19, 2023, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: October 19, 2023　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He,<br><br>                   Defendant. | CASE NO. 1:23-MJ-00123-SKO<br><br>ORDER TO UNSEAL CASE |

   Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and other court filings in the case be UNSEALED.

   IT IS SO ORDERED.


DATED: October 19, 2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2