1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile:  (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA          | Case No. 1:23-mj-00123-SKO

13                  Plaintiff,          | STIPULATION TO CONTINUE
                                        | DETENTION HEARING AND
14                                      | PRELIMINARY HEARING

15

16              v.

17   JIA BEI ZHU, aka Jesse Zhu, Qiang He,
     and David He,

18

19                  Defendant.

20

21        IT IS HEREBY STIPULATED between the parties that the detention hearing and

22   preliminary hearing set for November 8, 2023, can be continued until November 16, 2023, at

23   2:00 p.m., before the United States Magistrate Judge on duty.  Good cause exists for the

24   requested continuance pursuant to 18 U.S.C. § 3142(f)(2) and Fed. R. Crim. P. 5.1(d) because

25   defense counsel has a conflicting trial in another matter and will not be ready for the detention

26   hearing and preliminary hearing in this case until November 16, 2023.  Time under the Speedy

27   Trial Act has already been excluded through November 8, 2023.  The parties agree that time

28   shall also be excluded from November 9, 2023, through November 16, 2023, for purposes of

1    defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

2    and (h)(7)(B)(iv).  The parties also agree that the defendant should remain temporarily detained

3    until November 16, 2023.

4

5

6    Dated:  October 25, 2023                  /s/ Anthony Capozzi
                                                 Anthony Capozzi
7                                                Defense Counsel

8

9

10   Dated:  October 25, 2023                  /s/ Joseph Barton
                                                 Joseph Barton
11                                               Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:23-mj-00123-SKO |
| Plaintiff, | ORDER |
| v. | |
| JIA BEI ZHU, aka Jesse Zhu, Qiang He, and David He, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown pursuant to 18 U.S.C. § 3142(f)(2) and Fed. R. Crim. P. 5.1(d), the detention hearing and preliminary hearing that are scheduled for November 8, 2023, are continued until November 16, 2023, at 2:00 p.m., before the United States Magistrate Judge on duty.  Time under the Speedy Trial Act has been excluded through November 8, 2023.  Time shall also be excluded from November 9, 2023, through November 16, 2023, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The defendant shall remain temporarily detained until November 16, 2023.

IT IS SO ORDERED.

Dated:   **October 31, 2023**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28